UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Civil Action No. 06-116-HRW

GEORGE ANDERSON and
GAY REBECCA ANDERSON,                                          PLAINTIFFS,

v.                                          ORDER

RIDGE TOOL COMPANY, et al,                                     DEFENDANTS.

      This matter is before the Court upon Defendant Ridge Tool Company's Motion to Exclude Opinion Testimony of O.J. Hahn [Docket No. 60].

      Pursuant to 28 U.S.C. § 636(b), the undersigned referred the motion to Magistrate Judge Edward B. Atkins for a report and recommendation [Docket No. 73].

      Following an evidentiary hearing, on July 21, 2008, the Magistrate issued his report and recommendation that the motion be overruled [Docket No. 79]. Specifically,

      Defendant filed timely and particularized objections [Docket No. 81].

      The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. The Objections are, essentially, a reiteration of the arguments set forth

in Defendant's motion and those presented to the Magistrate. Those arguments were considered and rejected by the Magistrate Judge and Defendants offer no additional argument or case law which would persuade this Court to differ with the Magistrate Judge's findings.

The position of the Plaintiffs as to design defect is obvious. Dr. Hahn's testimony is relevant and admissible. The Court is not moved by Defendant's arguments to the contrary. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 79] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court.

In conformity therewith, Defendant Ridge Tool Company's Motion to Exclude Opinion Testimony of O.J. Hahn [Docket No. 60] is hereby **OVERRULED**.

This August 14, 2008.



Signed By:
Henry R Wilhoit Jr.
United States District Judge